[S. F. No. 11555. In Bank.—December 2, 1925.]

W. A. DOBLE, Petitioner, v. THE SUPERIOR COURT OF THE CITY AND COUNTY OF SAN FRANCISCO et al., Respondents.

[1] CRIMINAL LAW—CORPORATE SECURITIES ACT—CONSPIRACY TO VIOLATE.—Upon the authority of *Abner Doble et al.* v. *Superior Court of the City and County of San Francisco, ante,* p. 556, the application for a writ of prohibition in this case is denied.

APPLICATION for a Writ of Prohibition to prevent further proceedings under an indictment for violation of the Corporate Securities Act. Writ denied.

The facts are stated in the opinion of the court.

Luther Elkins, Carey Van Fleet and Robbins, Elkins & Van Fleet for Petitioner.

U. S. Webb, Attorney-General, Robert W. Harrison, Chief Deputy Attorney-General, William F. Cleary, Deputy Attorney-General, Matthew Brady, District Attorney, and Robert E. Fitzgerald, Deputy District Attorney, for Respondents.

LAWLOR, J.—Application for a writ of prohibition.

This proceeding, brought by W. A. Doble, is a companion proceeding to S. F. No. 11554, *ante,* p. 556 [241 Pac. 852]. It appears that petitioner was joined as a codefendant in the same indictment with the petitioners in S. F. No. 11554, that issue was joined, and that the present application was made to restrain and prohibit respondents from further proceeding with said criminal action.

The points made in support of the application herein are, in effect, the same as those urged in S. F. No. 11554. Upon the authority of the decision in that proceeding, and for the reasons therein given, which we adopt and make a part hereof, it is hereby ordered that the application for a writ of prohibition be and the same is hereby denied as to all the counts of the indictment.

Myers, C. J., Richards, J., Shenk, J., Seawell, J., Waste, J., and Lennon, J., concurred.

Rehearing denied.